IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAERSK, INC.,

    Plaintiff

v.                                  1:09cv635 (JCC/TRJ)

INTERNATIONAL INTRANCO, INC.,

    Defendant.

## O R D E R

Upon consideration of the September 13, 2010, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff Maersk, Inc., and against defendant International Intranco, Inc, in the amount of equal to $62,273.39.

Alexandria, Virginia
October 29, 2010

/s/
James C. Cacheris
United States District Judge